**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 30 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| **PERRY L. DIGGS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:06-CV-2233-M** |
| | ) | **ECF** |
| **CRAIG CUNNINGHAM,** | ) | |
| **et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** this _30_ day of ___January___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**